Legal Mail
Provided to Florida State Prison on
6/12/24 for mailing by [signature]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

PHILLIP ALPHONSE ,

Inmate ID Number: 148735 ,

_____ ,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

J. WHITE ,

MATHEW BURDETT ,

. ALLIGOOD ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

"SEE ATTACHED" /

**Case No.:** 3:24cv00278-TKW-HTC
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND PN   JFJ
JUN 17 '24 PM 3:51

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: Phillip Alphonse   ID Number: 148735

List all other names by which you have been known: N/A

Current Institution: Florida State Prison

Address: Po Box 800, Raiford, FL 32083

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: J. White

   Official Position: Lieutinent

   Employed at: Santa Rosa C.I m/unit

   Mailing Address: 5850 East milton RD

   Milton, FL 32583

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: MATHEW BURDETT

   Official Position: Officer

   Employed at: Santa Rosa C.I. M/unit

   Mailing Address: 5850 East Milton RD

   Milton, FL 32583

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

3. Defendant's Name: Alligood

   Official Position: Program SGT

   Employed at: Santa Rosa C.I. M/unit

   Mailing Address: 5850 East Milton RD

   Milton, FL 32583

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Exhibit A"

I. PARTIES TO THIS COMPLAINT

B. DEFendant(s)

4. Defendant's Name: Wentz
   Official Position: Program Officer
   Employed at: Santa Rosa C.I. M/unit
   Mailing Address: 5850 EAST Milton RD
                    Milton, FL  32583
   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

5. Defendant's Name: Lowery
   Official Position: Officer
   Employed at: Santa Rosa C.I. M/unit
   Mailing Address: 5850 EAST Milton RD
                    Milton, FL 32583
   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)  ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee  ☐ Civilly Committed Detainee

☑ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee  ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

1) At all times relevant to this case, Plaintiff was housed at Santa Rosa M!unit Bravo Dorm Quad 2 (B2106) without explanation.

2) On Aug 6, 2021 All "5" Named Defendants White, Burdett, Alligood, Wentz, Lowery at approximately 1050am—1230pm Approached Plaintiff Cell (B2106) And Rolled Plaintiff Cell door without Justification upon defendants entering Plaintiff's Cell (B2106), Plaintiff himself begin to exit the Cell due to realizing his door Just rolled without him being handcuffed. Upon information and belief, FDC Policy Dictated that CM-1 inmates must be handcuffed before Rolling they cell door's.

3) As Plaintiff's attempting to exit the Cell Defendant Burdett hit him with Sheild which Knocks Plaintiff backward inside the cell as the "4" remaining defendants enters Plaintiff Cell completely which now becomes a 5 to 1 disadvantage.

4) Once All 5 Defendants gain complete Access Inside plaintiff Cell as Plaintiff became off balance, each defendant begin Attacking

## Statement of Facts Continued (Page 2 of 7)

him by throwing Punches at him before tackling him to ground where he's force to blows to Face, Sides, Stomach Areas, Along with Plaintiff head being slammed repeatedly Against Floor. The Punches and slamming of his head cause Plaintiff Pain. Plaintiff Eyes was Bruised and Swollen for Approximately Five days.

5) After finally handcuffing Plaintiff, defendant White Ordered defendant Lowery to go Get a use of force camera. Upon information And belief, A use of force camera, medical staff and mental health should been Present before rolling Plaintiff cell door. Plaintiff contend no one called this use of force in until well after Defendant Attacked Plaintiff.

6) While handcuffed Defendants White, Allgood, Wentz Continued using force by Punching Plaintiff And Slamming his head on floor before Pinning him down as defendant Burdett begin to pull Plaintiff Boxers down before inserting his finger inside his rectum Penetrating Plaintiff Anus. The Sexual Abuse And Continuing Punching and slamming his head caused Plaintiff Pain and Suffering.

Exhibit "B"

## IV. STATEMENT OF FACTS

Statement of facts Continued

7) Plaintiff contends Defendants used unneccessary force against him without any Justification which violates Policy and procedures Along with Plaintiff Constuitional rights under $8^{th}/usc$ and $14^{th}/usc$ by without Justification Rolling Plaintiff cell door to Sadsticly and maliciously beat and Sexually Assualt him working under the Color of State law.

8) Plaintiff suffered Physical and emotional distress Along with Physical and Psychological injuries Due to defendants Planed attack on him, Plaintiff contends his injuries were documented via post use of force and prea grievances

9) Each named defendant were Present and did nothing to prevent this Miscarriage of Justice, which is deliberate indifference violating Plaintiff's $8^{th}/usc$ and $14^{th}/usc$ which they were operating under the color State law. Each defendant did nothing to stop or minimumize Plaintiff's injuries and the ill intent taken upon plaintiff is a direct violation of policy and procedures. Plaintiff Contends that based on direct Knowledge and failure to prevent one another from maliciously and Sadsticly harming Plaintiff through out this misuse of force.

10) Plaintiff contends he exhausted All Available Adminstrative Remedies towards these facts inside which he informed instuitional level(s) And also the Central office (Scetary of Florida Dept Corrections) which all level(s) Approved my Grievances stating that the incident has been forwarded to the office of inspector General office

11) Plaintiff seeking Compensatory and Punitive damages against all named defendants for Injuries sustained from unnecessary organized excessived force applied, Along for being sexual Abuse by defendants operating under color of State law.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) The actions of defendants White, Burdett, Alligood, Wentz, and Lavery in using physical force against the Plaintiff without need or provocation, or in failing to intervene, to prevent the misuse of force, were done maliciously and sadistically and constitued Cruel and unusual Punishment in violation of the 8th USC Amendment and 14th USC Amendment while

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Seeks Monetary damages, trial by demand by Jury, Plaintiff Be Kept away from Santa Rosa C.I. and defendants to pay all court cost(s) and fee(s).

"Exhibit C"

## V. STATEMENT OF CLAIMS

<u>Continue From Front Page of Statement of facts</u>
operating under the color of State law. Which caused Plaintiff Pain, Suffering, Physical injuries and emotional/mental distress.

2) The actions by defendants white, burdett, Alligood and wentz in continuing to use excessive force against the plaintiff without need or provocation were done maliciously and Sadistically and continued to constuites cruel and unusual Punishment in violation of the 8th/usc Amendment while operating under the Color of state law. Which caused plaintiff Pain, Suffering, Physical injuries, Emotional/Mental Distress

3) The actions by defendant burdett in using excessive force against Plaintiff by Inserting his finger inside his rectum against his will were done Maliciously and sadistically and constuited Cruel and Unusual Punishment in Violation of the 8th/usc Amendment while operating under the color of state law. Which caused Plaintiff Pain, Suffering, Physical injuries, Emotional/mental distress

4) By Witnessing defendant burdett illegal actions, Failing to stop that misconduct and encouraging the continuation of the misconduct, Defendants white, Wentz, and alligood actions were done Maliciously and Sadisticly and Constuited Cruel and unusual Punishment in Violation of the 8th/usc Amendment while Operating under the Color of State law. Which caused plaintire Pain, Suffering, Physical injuries, emotional/mental distress

Exhibit "D"

## VI. RELIEF REQUESTED

<u>Continue from Front page of Relief Requested</u>

A. Award compensatory damages in the following Amounts:

1) Defendant Lt. White is sued 150,000 for Plaintiff's Physical Injuries Plaintiff Sustained from unjustified and unnecessary use of organized excessive force on 8/6/21 Approximately 10:50am – 12:30pm

2) Defendant Burdett is Sued 150,000 for Plaintiff's Physical injuries Plaintiff Sustained from unjustified and unnecessary use of organized excessive force on 8/6/21 Approximately 10:50am – 12:30pm

3) Defendant Burdett is Sued 150,000 for plaintiff's Physical and Emotional Sustained from Sexual Assualt Committed on 8/6/21 Approximately 10:50am – 12:30pm without Justification or provocation done "malicious" and sadisticly.

4) Defendant Alligood is sued 150,000 for plaintiff's Physical injuries Plaintiff Sustained from unjustified and unnecessary use of organized excessive force on 8/6/21 Approximately 10:50am – 12:30pm

5) Defendant Wentz is sued 150,000 for plaintiff's Physical injuries plaintiff Sustained from unjustified and unnecessary use of organized excessive force on 8/6/21 Approximately 10:50am – 12:30pm

6) Defendant Lowery is sued 150,000 for plaintiff's Physical injuries plaintiff Sustained from unjustified and unnecessary use of organized excessive force on 8/6/21 Approximately

"Exhibit E"

## VI. RELIEF REQUESTED

*Continue From Exhibit "D" Page of Relief Requested*

B. Award Punitive damages in the following Amounts:

1) Defendant Lt. White is Sued 40,000 in Punitive damages

2) Defendant Burdett is Sued 40,000 in punitive damages

3) Defendant Alligood is Sued 15,000 in punitive damages

4) Defendant Wentz is Sued 15,000 in punitive damages

5) Defendant Lowery is Sued 5,000 in punitive damages

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____Ø_____ Case #: _____Ø_____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____Ø_____ Parties: _____Ø_____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☑ YES   ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: 3:21-cv-01735/mcr/zcb  Parties: Plaintiff

   Court: USDC Northern Pensacola   Judge: Zachary C. Bolitho

   Date Filed: April 20, 22  Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

3. Case #: _____ Parties: _____

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

10

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6/19/24  Plaintiff's Signature: Phillip Alphonse

Printed Name of Plaintiff: Phillip Alphonse

Correctional Institution: Florida State Prison

Address: PO Box 800, Raiford, Florida 32083



I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __10__ day of ~~Riday~~ June, 20__24__.

Signature of Incarcerated Plaintiff: *Phillip Alpe*

the prison's mail system for mailing on the __10__ day of ~~Riday~~ June, 20__24__.

Signature of Incarcerated Plaintiff: *Phillip Alpe*

Phillip Andrews
Florida State Prison
PO Box 800
Raiford, Florida 32083

Mailed From A State Correctional Institution

ZIP 32083
02 4W
0000385900 JUN 13 2024
US POSTAGE $002.11

U.S. Federal Courthouse
1 North Palafox St.
Pensacola, FL 32502

JUN 17 2024

LEGAL MAIL