United States District Court
Northern District of Florida
Pensacola Division

Phillip Alphonse
Plaintiff

VS. Case No: 3:24cv-278-TKW-HTC

Lieutenant J. White, et. al

PLAINTIFF RESPONSE TO REPORT and RECOMMEDATION

Plaintiff Phillip Alphonse, A prisoner Proceeding Pro'se And in Forma pauperis, has filed a Civil rights Complaint under 42 U.S.C. §1983, Alleging Five correctional officers violated his Eighth Amendment Rights. Doc. 5. After reviewing notice of Report And Recommendation From the courts. Plaintiff contends that Doc. 1 (1983 Civil Suit) Shall Not Be Dismissed Due to Following reasons listed which supports plaintiff's truthful disclosure use of his litigation history.

1) Plaintiff Contends section VIII of Complaint form Section. VIII.C Asked have I Filed Any Prior Civil Suits.

2) Plaintiffs Contends He Never Filed A Civil Suit Complaint Form in the middle District of Florida

3) Plaintiffs contends He only wrote A letter to the middle District of Florida Jacksonville Division, No Actual 1983 Civil Suit,

4) Plaintiff contends He never paid No Filling Fee to Get any thing Started About Civil Suit.

FILED USDC FLND PN
JUL 5 '24 AM10:26

5) Plaintiff's Contends Middle District Made A Mistake by Assigning A case number, where Plaintiff Never Paid Any Filling Fees to Start A Case.

6) Plaintiff Contends By Reveiwing Case Alphonse V. Florida State prison NO: 3:23-cv-01111-MMH-JBT NO Civil Suit 1983 Complaint Form WAS File out By Plaintiff Phillip Alphonse #148735

7) Plaintiff's Contends Base upon information, The Courts are suppose to Assign A CASE: NO once Filing Fee has Been paid By plaintiff.

8) Plaintiff Contends that He truthfully Answer the 1983 Civil Complaint Honest.

9) Plaintiff Contends Due to never Paying the Filing fees He wasn't AWARE that Actual Civil Suit has Been Started

10) Plaintiff's Contends He followed the Proper Rules Containing his Prior Litigation history

11) By Reviewing Doc. 2 OF Case NO: 3:23-CV-01111-MMH-JBT, the courts Clearly states Plaintiff never Filed AN Actual Complaint Form (1983) only A Pro'se letter.

12) Plaintiff contends A letter is not the Same As AN Civilsuit Complaint form, There Fore, CASE NO: 3:23-cv-01111-MMH-JBT ShAll NOT Have been Allowed to Be heard unless

Filing Fee has Been paid entirely.

13) By conducting An Deeper investigation Documents will Supports Plaintiff's Allegations of his Litigation history was Answered truthfully under oath.

Action Sought - That The courts Take A Deeper investigation relating the issue surrounding Litigation History. Also that After seeing Plaintiff Answer Section VIII, C Truthfully under Oath, Case No: 3:24 cv 278-TKW-HTC Be re-open OR ReAssign A New case #. And that Plaintiff Be Allowed to Proceed with this 1983 Civilsuit Alleging Five Correctional officers violated plaintiff Eighth Amendment Rights. And that the Courts look solely AT Case No: 3:23 CV-01111-MMH-JBT (M.D. Fla Sept. 21, 2023) to see Plaintiff Never File A Civilsuit in Middle District of Jacksonville. Only A letter to the courts. And plaintiff Proceed pass Screening Process.

Certificate of Service

I hereby that a true and correct copy of the foregoing has Been furnished by Regular us Mail to USDC For Courts. AT Florida state prison on 6/28/24 An Copy was handed to prison offical.

Phillip Alphonse 148735
Florida state prison
PO Box 800
Raiford Florida 32083

[illegible]

[illegible] LAW [illegible]

[illegible]

Legal Mail
Provided to Florida State Prison on 6/28/24 for mailing by

[illegible]

[illegible] District [illegible]

Courts [illegible]

[illegible]



Phillip Alphonse #148735
Florida State Prison
PO Box 800
Raiford, Florida 32083
Mailed From A State
Correctional Institution
US POSTAGE IMI PITNEY BOWES
ZIP 32083 $ 000.64⁰
02 4W
0000385900 JUL 01 2024
US DISTRICT COURT
NORTHERN District of Florida
1 North Palafox STREET
PensAcolA, FL 32502
LEGAL MAIL
32502355658 C003

JUL 0 5 2024

Legal Mail
Provided to Florida State Prison on
6/28/24 for mailing by [illegible]