UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHILIP ALPHONSE,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　Case No.  3:24-cv-278-TKW-HTC

**LIEUTENANT J. WHITE, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 37).  Plaintiff did not file any objections to the R&R, but Defendants did.  *See* Doc. 38.

Upon due novo review of the issues raised in Defendants' objections, the Court agrees with the magistrate judge's recommended disposition of Defendants' motion for partial summary judgment.  Specifically, with respect to the issue of punitive damages, the Court finds that unless and until the Eleventh Circuit specifically holds that punitive damages are <u>not</u> available under 18 U.S.C. §3626, the Court is bound by the implicit holding in *Johnson v. Breeden*, 280 F.3d 1308, 1325-26 (11th Cir. 2002), that §3626 allows recovery of punitive damages.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion for partial summary judgment (Doc. 27) is:

   a. **GRANTED** with respect to Claims 1 and 2; and

   b. **DENIED** with respect to punitive damages.

3. This case is referred to the magistrate judge for further pretrial proceedings on Claims 3 and 4 relating solely to the allegations that Defendant Burdett inserted his finger into Plaintiff's rectum after he was handcuffed and the other defendants failed to intervene.

**DONE AND ORDERED** this 28th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**