UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP ALPHONSE,

    Plaintiff,

v.                                          Case No. 3:24cv278-TKW-HTC

LIEUTENANT J. WHITE, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's motion for a twenty-one (21) day extension of time to comply with the July 29 Order requiring the submission of pretrial information.[1]  Doc. 44.  Upon review of the motion, and for the reasons set forth therein, the motion is GRANTED.

Additionally, Plaintiff also returned an executed consent to magistrate judge jurisdiction form.  Doc. 43.  The consent form, however, must be signed and agreed to by all parties.  Therefore, the clerk shall be directed to send a copy of the executed consent form to the Defendants' counsel and Defendants shall sign and return the consent form if all Defendants consent to magistrate judge jurisdiction.  The parties are reminded that consenting to magistrate judge jurisdiction shall result in a

---

[1] The Order required compliance by August 19, 2025.  On that day and prior to the issuance of the Court's show cause order (Doc. 44), Plaintiff submitted the motion for extension to prison officials.

speedier resolution of this matter and greater flexibility with regard to trial dates and other settings. Finally, now that this case is ready for trial, the parties are encouraged to try to resolve this matter through a settlement conference. If the parties wish to attend a settlement conference with a magistrate judge, the parties shall submit a request to the undersigned's chambers.

Accordingly, it is ORDERED:

1. Plaintiff's motion for an extension of time (Doc. 44) is GRANTED.

2. Plaintiff shall have **until September 9, 2025,** to comply with the Court's July 29 Order.

3. Plaintiff shall notify the Court of any changes to his address within seven (7) days of the change by filing a notice of change of address.

4. Plaintiff's failure to comply with an order of the Court may result in a recommendation that this case be dismissed.

DONE AND ORDERED this 26th day of August, 2025.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**